# IN THE UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

| | | |
|---|---|---|
| **In the Matter of:** | } | |
| | } | Case No. 08-31100 |
| Arthur J. Grant | } | |
| | } | Chapter 13 |
| | } | |
| **Debtor(s)** | } | |

## Motion to Reconsider, Vacate or Set Aside Dismissal of Ch. 13 Case

Comes now the undersigned attorney of record and hereby moves this Honorable Court to and as grounds for such state as follows:

1. The debtor filed Chapter 13 on June 16, 2008. A motion to dismiss the debtor's case was filed on March 23, 2010 with a deadline to respond set for April 16th, 2010. The motion was granted without a response from the debtor on April 19th, 2010.

2. The debtor moves this Court to reconsider the dismissal of the case. The debtor made a payment in an effort to keep the case alive on April 17th[1] but was unable to get proof of the payment to the undersigned within time to prepare a response.

3. The reason for the default in payments was that the debtor was out of work from November through January. The debtor was employed laying cable and his employer, Hayneville Telephone Company laid him off when their partner company Hayneville Cable Company went out of business. He was called back in January to work Hayneville Telephone Company and will be employed there temporarily through the end of the year.

Wherefore, premises considered, the debtor requests to reconsider or set aside the order of dismissal and to stay all creditor action until this motion is heard.

Respectfully submitted,

/s/ Vonda S. McLeod
*Attorney for Debtor:*
Shinbaum, McLeod & Campbell, P.C.
566 South Perry Street
Post Office Box 201
Montgomery, AL 36101-0201
334-269-4440

---

[1] The payment was in the form of a personal check. The debtor has been advised to send certified funds for payment in the future.

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing motion on all parties listed below by CM/ECF on this day April 26, 2010.

Chapter 13 Trustee
Bankruptcy Administrator, Teresa Jacobs
UPON ALL CREDITORS